UNITED STATES BANKRUPTCY COURT **Hearing date: January 6, 2026 at 11:30am**
EASTERN DISTRICT OF NEW YORK **Objections: December 30, 2025**
-----------------------------------------------------------x
In re Chapter 7

LEPIDO FRANCISCO RODRIGUEZ, Case No. 25-74623-spg

Debtor.
-----------------------------------------------------------x

**NOTICE**

**To The Debtor, the Chapter 7 Trustee, and All Listed Creditors:**

**PLEASE TAKE NOTICE THAT:**

1. Upon the application of the United States Trustee for the Eastern District of New York, a hearing will be held before the Honorable Sheryl P. Giugliano, U.S. Bankruptcy Judge, of the United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, Courtroom 860, 290 Federal Plaza, Central Islip, New York, on**, January 6, 2026 at 11:30 am,** or as soon thereafter as counsel may be heard, seeking an order under 11 U.S.C. §707(a) and Rule 1017 of Federal Rules of Bankruptcy Procedure dismissing this chapter 7 case, or in the alternative, denying the Debtor's discharge under 11 U.S.C. §727 (a)(8) and Rules 4004 and 9014 of Federal Rules of Bankruptcy Procedure and such other and further relief as may seem just and proper.

2. The original application is on file with the Clerk of the Bankruptcy Court and with the United States Trustee and may be reviewed at either office during regular business hours.

3. Responsive papers, if any, shall be filed with the Clerk of the Bankruptcy Court, 290 Federal Plaza, PO Box 9013, Central Islip, New York 11722, shall be in conformity with the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, and filed in accordance with General Order No. 559 (which can be found at www.nyeb.uscourts. the Bankruptcy Court) by registered users of the Bankruptcy Court's electronic case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers) and personally served upon the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722-4456, Attn: William J. Birmingham, Esq., no later than five (5) days prior to the hearing date set forth above. The hearing scheduled herein may be adjourned from time to time by announcement made in open court without further written notice.

Dated: Central Islip, New York
December 4, 2025

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722
(631) 715-7800

UNITED STATES BANKRUPTCY COURT **Hearing date: January 6, 2026 at 11:30am**
EASTERN DISTRICT OF NEW YORK **Objections: December 30, 2025**
---------------------------------------------------------x
In re Chapter 7

LEPIDO FRANCISCO RODRIGUEZ, Case No. 25-74623-spg

Debtor.
---------------------------------------------------------x **NOTICE OF MOTION**

**To The Debtor, the Chapter 7 Trustee, and All Listed Creditors:**

**PLEASE TAKE NOTICE** that, upon the annexed application, the United States Trustee- Region 2 will move this Court before the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge of the United States Bankruptcy Court at the Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, Room 860, Central Islip, New York, on January 6, 2026 at 11:30 a.m. (the "Hearing"), or as soon thereafter as counsel may be heard, seeking an order under 11 U.S.C. §707(a) and Rule 1017 of Federal Rules of Bankruptcy Procedure dismissing this chapter 7 case, or in the alternative, denying the Debtor's discharge under 11 U.S.C. §727 (a)(8) and Rules 4004 and 9014 of Federal Rules of Bankruptcy Procedure and such other and further relief as may seem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing will be conducted live, in person, unless otherwise ordered, before the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge of the United States Bankruptcy Court at the Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, Room 860, Central Islip, New York. Those who intend to appear should register their appearance using the instructions on the Bankruptcy Court's website, which can be found at: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. appearances. If for some reason you are not able to use the eCourt Appearances platform you must email the Courtroom Deputy

at: spg_hearings@nyeb.uscourts.gov at least two (2) business days prior to the Hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. **Your email must include in the Re: line "I am not able to register using eCourt Appearances."** You will then be provided with the dial in/log in information. If you do not have internet access you may call the courtroom deputy with this information. For more information on eCourt Appearances, please refer to Judge Giugliano's Home Page for additional instructions.

**PLEASE TAKE FURTHER NOTICE**, that responsive papers shall be filed with the Clerk of the Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in conformity with the Bankruptcy Rules and the Local Rules of the Bankruptcy Court in accordance with General Order No. 559 (which can be found at www.nyeb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's electronic case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format, and personally served upon the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722-4456, Attn: William J. Birmingham, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Bankruptcy Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing scheduled herein may be adjourned from time to time by announcement made in open court without further written notice.

Dated: Central Islip, New York
December 4, 2025

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722
(631) 715-7800

By: /s/ William J. Birmingham
William J. Birmingham, Esq.
Trial Attorney

UNITED STATES BANKRUPTCY COURT **Hearing date: January 6, 2026 at 11:30am**
EASTERN DISTRICT OF NEW YORK **Objections: December 30, 2025**
-------------------------------------------------------x
In re Chapter 7

LEPIDO FRANCISCO RODRIGUEZ, Case No. 25-74623-spg

Debtor.
-------------------------------------------------------x

**THE UNITED STATES TRUSTEE'S APPLICATION SEEKING ENTRY OF AN ORDER DISMISSING LEPIDO FRANCISCO RODRIGUEZ'S CASE UNDER 11 U.S.C. § 707(a); OR IN THE ALTERNATIVE, DENYING THE DEBTOR'S DISCHARGE UNDER 11 U.S.C. §727(a)(8)**

**TO: THE HONORABLE SHERYL P. GIUGLIANO; UNITED STATES BANKRUPTCY JUDGE:**

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"), by his counsel William J. Birmingham, Esq., in furtherance of his duties and responsibilities set forth in 28 U.S.C. §586(a)(3) and (5) and in support of his application seeking entry of an order under 11 U.S.C. §707(a), dismissing Lepido Francisco Rodriguez's (the "Debtor) chapter 7 case, or in the alterative, denying the Debtor's discharge under 11 U.S.C. §727(a)(8) represents and alleges as follows:

## PRELIMINARY STATEMENT

Lepido Francisco Rodriguez (the "Debtor") filed a skeletal *pro se* voluntary chapter 7 petition on December 2, 2025. It should be noted that on August 30, 2023, the Debtor received a Chapter 7 discharge in connection with his previous chapter 7 case originally filed on May 30, 2023, under case number 23-71907-reg.[1] As a result, the Debtor is ineligible to receive another chapter 7 discharge until May 30, 2031. Accordingly, the United States Trustee is seeking a dismissal of the Debtor's case or a denial of the Debtor's discharge.

[1] The Debtor's previous bankruptcies include: (i) Chapter 13 under case number 23-74650-reg filed on December 11, 2023 and dismissed on March 8, 2024, (ii) Pro se Chapter 7 under case number 24-72288-reg filed on June 12,

## BACKGROUND

**PREVIOUS CHAPTER 7**

1. On May 30, 2023, the Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code under case no. 23-71907-reg ("Previous Case").

2. The Debtor was represented by Ronald D. Weiss, Esq.

3. Marc A. Pergament, Esq. was appointed interim trustee of the Debtor's estate and thereafter, pursuant to 11 U.S.C. §702(d), qualified as the permanent trustee.

4. On August 30, 2023, an order of discharge was issued to the Debtor.

5. On May 24, 2024, Mr. Pergament filed a Trustee's Final Account and Distribution Report.

6. A review of the docket for the Previous Chapter 7 does not reveal that the Debtor's discharge was revoked.

**THE PRESENT FILING**

7. On December 2, 2025, the Debtor commenced this case by filing a skeletal *pro se* voluntary petition under chapter 7 of the Bankruptcy Code ("Present Case"). (ECF Docket No. 1).

8. Allan B. Mendelsohn, Esq. was appointed interim trustee, administering the assets of the estate.

9. An initial meeting of creditors pursuant to 11 U.S.C. §341(a) ("341 Meeting") is scheduled for January 7, 2026.

10. The last date to object to the Debtor's discharge or dischargeability is March 9, 2026.

---

2024 and dismissed on August 5, 2024, and (iii) Pro se chapter 7 under case number 25-71884-reg filed on May 14, 2025 and dismissed on June 30, 2025.

# ARGUMENT

**Debtor's Case Should Be Dismissed For Cause Pursuant to 11 U.S.C. §707(a)**

11. The Debtor's Present Case should be dismissed, pursuant to §707(a) of the Bankruptcy Code[2]. This section of the Bankruptcy Code provides that after notice and a hearing, the Court may dismiss a case for "cause." However, "the grounds that §707(a) lists as providing 'cause' for dismissal are illustrative and not exhaustive . . .'" *In re Padilla*, 222 F.3d 1184, 1191 (9th Cir. 2000). "Section 707 itself does not preclude the application of equitable principles. Since equitable principles may be applied under the present Bankruptcy Code, the decision whether to grant a motion to dismiss a petition in bankruptcy lies within the discretion of the bankruptcy judge." *In re Atlas Supply Corp*., 857 F2d. 1061, 1063 (5th Cir. 1988).

12. Moreover, the Legislative History that accompanies §707(a) states that "[t]his section authorizes the court to dismiss a liquidation case only for cause, such as unreasonable delay by the debtor that is prejudicial to creditors or nonpayment of any fees and charges required under chapter 123 of title 28 [section 1911 et seq. of Title 28, Judiciary and Judicial Procedure]. These causes are not exhaustive, but merely illustrative. House Report No. 95-595,

---

2 11 U.S.C. §707(a) states:

> The court may dismiss a case under this chapter only after notice and a hearing and only for cause, including —
>
> (1) unreasonable delay by the debtor that is prejudicial to creditors;
>
> (2) nonpayment of any fees or charges required under chapter 123 of title 28; and
>
> (3) failure of the debtor in a voluntary case to file, within fifteen days or such additional time as the court may allow after the filing of petition commencing such case, the information required by paragraph (1) of section 521, but only on a motion by the United States trustee.

95th Cong., 1st Sess. 380 (1977); S. Rep. No. 95-989, 95th Cong., 2d Sess. 94 (1978), *reprinted in* 1978 U.S.C.C.A.N. 5787, 5880. (emphasis added).

13. Under 11 U.S.C. §727(a)(8) if a debtor has received a discharge in a case commenced within 8 years before the date of the filing of the present petition, the debtor is ineligible to receive another discharge.

14. The Debtor filed a previous case under Chapter 7 on May 30, 2023. By order dated August 30, 2023, the Debtor was discharged. Under §727(a)(8), the Debtor is ineligible to receive another discharge pursuant to a case filed before May 30, 2031. Therefore, the filing of the Present Case is within the eight (8) year period of the Debtor's discharge and constitutes *per se* cause for dismissal. Accordingly, the United States Trustee respectfully requests this Court enter an order of dismissal.

**Debtor's Discharge should be denied under 11 U.S.C. §727(a)(8)**

15. 11 U.S.C. §727(a)(8) specifically states that "[T]he court shall grant the debtor a discharge unless the debtor has been granted a discharge under this section, under section 1141 of this title, or under section 14, 371 or 476 of the Bankruptcy Act, in a case commenced within 8 years before the date of the filing of the petition."

16. Since the Debtor received a discharge in the Previous Case that was filed less than eight (8) years ago, the Debtor is ineligible for another discharge. Accordingly, the Debtor should be denied a discharge in the instant case pursuant to 11 U.S.C. §727(a)(8).

## CONCLUSION

17. The Debtor's ineligibility to obtain a discharge constitutes cause for the dismissal of the Debtor's chapter 7 case under 11 U.S.C. §707(a). Alternatively, the United States Trustee requests that the Debtor's discharge be denied under 11 U.S.C. §727(a)(8).

**WHEREFORE**, the United States Trustee respectfully requests that this Court enter an order dismissing the Debtor's case pursuant to 11 U.S.C. §707(a) or deny the Debtor's discharge under 11 U.S.C. §727(a)(8), and for such other and further relief as is appropriate.

Dated: Central Islip, New York
December 4, 2025

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
REGION 2

By : ***/S/ William J. Birmingham, Esq.***
William J. Birmingham
Trial Attorney
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722
(631) 715-7800

Lepido Francisco Rodriguez
Debtor
1342 E Street
Elmont, NY 11003

Allan B. Mendelsohn, Esq.
Chapter 7 Trustee
Allan B. Mendelsohn, LLP
38 New Street
Huntington, NY 11743