# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

| | |
|---|---|
| IN RE: | CASE NO: 8–25–74623–spg |
| Lepido Francisco Rodriguez | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx–xx–4599 | |
| DEBTOR(s) | |

---

## NOTICE OF HEARING TO DISMISS CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Please take notice that:

Upon the application of the United States Trustee for the Eastern District of New York, a hearing will be held before the Honorable Sheryl P. Giugliano , United States Bankruptcy Judge, on January 6, 2026 at 11:30 AM at the following location:

**United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza – Room 860, Central Islip, NY 11722**

Notice is further given that this hearing is being brought on for an order

- ☑ To Dismiss Case under 11 U.S.C. §707(a)
- ☐ To Dismiss Case under 11 U.S.C. §707(b)
- ☐ Extending the time in which to file a Motion to Dismiss under 11 U.S.C. §707 (b)
- ☐ Extending the time to file complaint objecting to discharge under 11 U.S.C. §727 and Rule 4004 of Federal Rules of Bankruptcy Procedure
- ☐ To Dismiss Case under Rule 1017 of Federal Rules of Bankruptcy Procedure
- ☑ To object or revoke the debtor(s) discharge under § 727(a)(8) or (a)(9) pursuant to Bankruptcy Rule 7001

Notice is further given that the original application is on file with the Clerk of the Court and with the United States Trustee, and may be reviewed at either office during regular business hours.

Responsive papers shall be filed with the Bankruptcy Court and personally served upon the United States Trustee (Brooklyn cases: Eastern District of New York (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014; Central Islip cases: Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, N.Y. 11722) no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure, and indicate the entity submitting the response, the nature of the response and the basis of the response.

The scheduled hearing may be adjourned from time to time by announcement made in open court without further written notice.

Office of the United States Trustee

Dated: December 8, 2025

**BLdus2a.jsp** [Hearing to Dismiss/Chapter 7/UST rev. 09/28/16]